■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE SANTOS, Appellant. [57 NYS3d 909]—Appeal by the defendant from a judgment of the County Court, Nassau County (Carter, J.), rendered September 9, 2015, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the voluntariness of his plea of guilty is unpreserved for appellate review (*see People v Elting*, 151 AD3d 739, 740 [2017]). In any event, the record establishes that the defendant's plea was knowingly, voluntarily, and intelligently entered (*see People v Louis*, 131 AD3d 491, 491 [2015]). Balkin, J.P., Chambers, Barros and Brathwaite Nelson, JJ., concur.